# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| BAOGANG WU, on his own behalf and on behalf of others similarly situated,  )<br><br>    Plaintiff,  )<br>  )<br>v  )<br>  )<br>LI HAI LLC d/b/a Noodle Topia,  )<br>LI ZHAI  )<br>FENG YU  )<br>  )<br>    Defendants.  ) | Case #22-CV-12956<br><br>HON. F. KAY BEHM |
| Troy Law<br>Tiffany Troy (P57334)<br>Attorneys for Plaintiffs<br>4125 Kissena Blvd.<br>Suite 110<br>Flushing, NY  11355<br>(718) 672-1324<br>troylawpllc@gmail.com | Kerr Russell and Weber, PLC<br>Mark C. Knoth (P47268)<br>Olivia V. Hankinson (P83404)<br>Attorneys for Defendants<br>500 Woodward Avenue, Suite 2500<br>Detroit, MI  48226<br>(313) 961-0200<br>mknoth@kerr-russell.com<br>ohankinson@kerr-russell.com |

### ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS FEES, COSTS OR SANCTIONS

This matter having come before the Court and this Court being otherwise fully advised in the premise; upon due consideration:

**IT IS HEREBY ORDERED** that Plaintiff's Complaint and the resulting lawsuit is hereby dismissed with prejudice and without attorney's fees, costs or sanctions assessed for or against any party.

{37768/3/D1844369.DOCX;1}

This is the final order and concludes this case; however, the Hon. F. Kay Behm shall retain jurisdiction over this matter for enforcement purposes.

**IT IS SO ORDERED.**

Date: August 10, 2023

s/F. Kay Behm
Hon. F. Kay Behm
United States District Judge

**Approved as to Form and Content:**

*/s/ Mark C. Knoth*
Mark C. Knoth (P47268)
*Attorneys for Defendant*

*/s/ Tiffany Troy*
Tiffany Troy (P57334)
*Attorneys for Plaintiff*